FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0669

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0669

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

KATHERINE MARIE PRAVAZABOJOVNIK,

     Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Upon consideration of Appellant's motion for extension of time to file her opening brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 17, 2025 within which to file her opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2025